### GRIFFITH *et al. v.* SMITH *et al.*

HILL, J. In this case a distress warrant was sworn out by the defendants against the plaintiffs, based on the rent contract involved in the case of *Griffith* v. *Smith,* this day decided. The trial judge directed a verdict on the pleadings, after proof was submitted as to the amount of rent due. The rulings in the above-stated case are controlling here; and it follows that the court did not err in directing a verdict for the plaintiffs.            *Judgment affirmed. All the Justices concur.*